UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TYLER SCOTT MINEGAR,

      Defendant.

Case No. 24-cr-20493
Hon. Matthew F. Leitman

---

**ORDER ALLOWING UNITED STATES TO MAINTAIN CUSTODY OF SEIZED PROPERTY PURSUANT TO 18 U.S.C. § 983(A)(3)(B)(II)(II)**

---

This matter comes before the Court on the motion of the United States of America, pursuant to Title 18, United States Code, Section 983(a)(3)(B)(ii)(II), for an order allowing the government to maintain custody of the following property pending resolution of the criminal case: Apple iPhone 11 Pro; Lenovo Laptop (MP27RSMA); and Hard Drive (NABJDP99) (collectively, the seized assets).

WHEREAS, the seized assets are already in the lawful custody of the United States;

WHEREAS, the government has represented to the Court that it will maintain and preserve the seized assets throughout this criminal case so that the assets will be available for possible forfeiture;

WHEREAS, when the government commences a criminal forfeiture action containing an allegation that one or more specific items of property are subject to forfeiture, and the government has already seized that property by administrative or civil forfeiture process, the government must, under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II), "take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute;" and

WHEREAS, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of the property,

**IT IS HEREBY ORDERED** that pursuant to Title 21, United States Code, Section 853(e)(1), the United States and its agencies, including Customs and Border Protection, and the U.S. Marshals Service, are authorized to maintain and preserve the seized assets until this criminal case is concluded or pending further order of this Court.

This Court further CONCLUDES that this order satisfies the requirements of Title 18, United States Code, Section 983(a)(3)(B)(ii)(II).

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: January 28, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 28, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
